# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00298-CV

**Kathryn Ann Mullen, Appellant**

**v.**

**Judge Cody Henson; County Attorney Eddie Arrendondo; Tamera Tinney, Magistrate; Habib Erkan, City Prosecutor; and Sonny Macafee, City District Attorney, Appellees**

### FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
### NO. 55314, THE HONORABLE EVAN C. STUBBS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The clerk's record in this appeal was due for filing in this Court on July 10, 2023. On July 11, 2023, we notified appellant that no clerk's record had been filed due to her failure to pay or make arrangements to pay the trial clerk's fee for preparing the clerk's record. The notice requested that appellant make arrangements for the clerk's record and submit a status report regarding this appeal by July 21, 2023. Further, the notice advised appellant that her failure to comply with this request could result in the dismissal of the appeal for want of prosecution. To date, appellant has not filed a status report or otherwise responded to this Court's notice, and the clerk's record has not been filed.

If a trial-court clerk fails to file the clerk's record due to an appellant's failure to pay or make arrangements to pay for the clerk's fee for preparing the record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed

without payment of costs.  Tex. R. App. P. 37.3(b).  In this case, appellant has not established that she is entitled to proceed without payment of costs.  *See* Tex. R. Civ. P. 145.  Because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, this appeal is dismissed for want of prosecution.

_____

Gisela D. Triana, Justice

Before Justices Baker, Triana and Smith

Dismissed for Want of Prosecution

Filed:   July 31, 2023

2